F I L E D
Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

AUG 1 0 2005

For The Northern Mariana Islands
By******************
(Deputy Clerk)

*********************************************************************************

CV-04-0026                                                August 10, 2005
                                                          8:30 a.m.

### ZHU, PING XIAN, et al -vs- WALVO ENT. CORP., et al

PRESENT:       Hon. A. WALLACE TASHIMA, Judge Presiding
               Sanae Shmull, Court Reporter
               Michelle C. Macaranas, Courtroom Deputy
               Robert Torres, Attorney for Plaintiff
               Steven Pixley, Attorney for Defendant
               Ping Xian Zhu, Plaintiff

PROCEEDINGS:   MOTION FOR ORDER TO SHOW CAUSE

Attorney Robert T. Torres appeared on behalf Plaintiffs. Attorney Steven Pixley appeared on behalf and was present with Defendant.

Attorney Torres reported to the Court that the parties have come to an agreement. Attorney Torres report as to the understanding of the agreement. Attorney Pixley has agreed. Attorney Pixley will prepare the Order for the Court's signature.


Adjourned 8:35 a.m.

_(signature)_

Michelle C. Macaranas, Deputy Clerk