<pre>
                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN MARIANA ISLANDS
</pre>

| | |
|---|---|
| ZHOU, PING XIAN ) <br> XU, XIAO PING ) <br> SHI, FAN and ) <br> WU, SHU ZHEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -vs- ) <br> ) <br> WALVO ENTERPRISES ) <br> CORPORATION d/b/a ) <br> HELLO HEALTH MASSAGE, ) <br> ) <br> Defendant. ) | Civil Action No. 04-0026 <br><br> FILED <br> Clerk <br> District Court <br><br> AUG 12 2005 <br><br> For The Northern Mariana Islands <br> By_____ <br>          (Deputy Clerk) <br><br> ORDER |

This matter came on for hearing on August 10, 2005, on Plaintiffs motion for order to show cause and for a writ of attachment. Robert Tenorio Torres appeared on behalf of the Plaintiffs. Steven P. Pixley appeared on behalf of the Defendant.

The parties hereto entered into a settlement agreement on December 22, 2004. Among other things, this agreement required the Defendant to pay to the Plaintiffs the sum of $10,000.00 in ten monthly installments. The Defendant failed to comply with this payment schedule. On July 6, 2005, the Plaintiffs filed a motion for an order to show cause and for a writ of attachment. This motion was not opposed by the Defendant.

The parties have stipulated and agreed that the Defendant has paid a total of $8,844.00 to the Plaintiffs pursuant to the settlement agreement. Accordingly, the sum of $1,156.00 is outstanding. In addition, the parties stipulated and agreed that $300.00 in costs associated with the filing of the aforesaid motion will be added to this balance.

Based upon the agreement of the parties, it is hereby ordered that the Defendant pay the following to the Plaintiffs:

| | | |
|---|---|---|
| **August 30, 2005** | : | **$500.00** |
| **September 30, 2005** | : | **$500.00** |
| **October 15, 2005** | : | **$456.00** |

It is further ordered that if the Defendant does not comply with the payment schedule set forth herein, the Writ of Attachment requested by the Plaintiffs shall be issued by the Court on Plaintiff's submission of such a writ, without further hearing, for any outstanding amount due.

Dated this 12th day of August, 2005

*(signature)*

**A. WALLACE TASHIMA**
Presiding Judge

RECEIVED
AUG 1 2 2005
Clerk
District Court
For The Northern Mariana Islands

- 2 -